In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*

_____

NO. 09-20-00139-CV
_____

**HUNTSMAN CORPORATION, HUNTSMAN INTERNATIONAL LLC,
HUNTSMAN (HOLDINGS) NETHERLANDS B.V., Appellants**

**V.**

**MACOMB COUNTY EMPLOYEES' RETIREMENT SYSTEM
AND FIREMEN'S RETIREMENT SYSTEM OF ST. LOUIS, Appellees**

**On Appeal from the 134th District Court
Dallas County, Texas
Trial Cause No. DC-19-02030**

## MEMORANDUM OPINION

The Appellants, Huntsman Corporation, Huntsman International LLC, and Huntsman (Holdings) Netherlands B.V., and the Appellees, Macomb County Employees' Retirement System and Firemen's Retirement System of St. Louis, filed a joint motion to dismiss this accelerated appeal with prejudice.[1] *See* Tex. R. App.

---

[1] The Supreme Court transferred this accelerated appeal to this Court from the Dallas Court of Appeals through an administrative order of transfer. *See* Tex. Gov't

P. 42.1(a). The parties agree to a dismissal with prejudice and that each party shall bear its own fees and costs. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on April 26, 2021
Opinion Delivered March 17, 2022

Before Golemon, C.J., Horton and Johnson, JJ.

---

Code Ann. § 73.001; *see also* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(12) (authorizing interlocutory appeal of an order denying motion to dismiss filed under Texas Citizens Participation Act, Tex. Civ. Prac. & Rem. Code section 27.003).